UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00009-MOC
(3:16-cr-00233-MOC-DCK-1)

| | |
|---|---|
| JAMES SCOTT ERVIN, JR., | ) |
| Petitioner, | ) |
| vs. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on the Government's Response in Opposition to Petitioner's Section 2255 Motion to Vacate. [Doc. 18].

Petitioner is advised that he may file a reply to the United States' response pursuant to Rule 5(d) of the Rules Governing Section 2255 Proceedings. The Court orders that any such reply must be filed within fourteen (14) days of this Order.

**IT IS, THEREFORE, ORDERED** that Petitioner may file a reply to the Government's response within fourteen (14) days of this Order.

Signed: September 10, 2021

Max O. Cogburn Jr
United States District Judge